No. 74–1152. ARTEMIS ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 74–1201. MIZANI *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 74–1235. SIMS *v.* FOX ET AL. C. A. 5th Cir. Certiorari denied.

No. 74–1239. MITCHELL BROS. TRUCK LINES *v.* GILSTRAP ET AL. Sup. Ct. Ore. Certiorari denied.

No. 74–1288. LIBERTY MUTUAL INSURANCE Co. *v.* WETZEL ET AL.; and
No. 74–1319. WETZEL ET AL. *v.* LIBERTY MUTUAL INSURANCE Co. C. A. 3d Cir. Certiorari denied.

No. 74–1299. SERVICE TECHNICIANS, INC. *v.* UNITED STATES. Ct. Cl. Certiorari denied.

No. 74–1306. HONEYCUTT *v.* AETNA INSURANCE Co. C. A. 7th Cir. Certiorari denied.

No. 74–1307. BOWMAN ET AL. *v.* PRESIDING JUDGE, SUPERIOR COURT OF CALIFORNIA FOR THE COUNTY OF LOS ANGELES, ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 74–1311. HUDSON VALLEY ASBESTOS CORP. *v.* TOUGHER HEATING & PLUMBING Co., INC., ET AL. C. A. 2d Cir. Certiorari denied.